**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00720-CV

**NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, ET AL., Appellants**

**V.**

**CE DESIGN, ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-14467**

## ORDER

In a letter dated May 30, 2013, the Court questioned its jurisdiction over the appeal because it appeared the notice of appeal was untimely. In response, appellants informed the Court that they had filed a Rule 306a motion in the trial court and that a hearing on their motion was scheduled in the trial court on June 19, 2013. By order signed on June 19, 2013, the trial court granted the motion and made a finding that appellants first received actual knowledge of the order granting appellees' special appearance on April 29, 2013. Thus, it now appears that appellants' May 17, 2013 notice of appeal was timely. However, appellants must file a supplemental clerk's record, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, containing the trial court's June 19, 2013 order.

On June 7, 2013, appellants filed an opposed motion to abate this appeal pending resolution of its Rule 306a motion in the trial court. Because it appears this issue has been resolved, we **DENY** the motion to abate.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE